DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matthew Michael Rogers,<br><br>    Plaintiff,<br><br>vs.<br><br>Frank Bisignano, COMMISIONER OF SOCIAL SECURITY[1],<br><br>    Defendant. | Case No. 1:24-cv-00118-JLT-GSA<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from June 25, 2025 to July 25, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S

---

1 Frank Bisignano became the Acting Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

OBJECTIONS TO FINDINGS AND RECOMMENDATIONS.  All other dates in the Court's Scheduling Order shall be extended accordingly.

     This is Plaintiff's second request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  For the weeks of June 23, 2025 and June 30, 2025 Plaintiff's Counsel has six merit briefs and three reply briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: June 24, 2025    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Dolly M. Trompeter*
DOLLY M. TROMPETER
Attorneys for Plaintiff


Dated: June 24, 2025    MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation
Social Security Administration

By:  *\*/s/ Noah  Schabacker*
Noah  Schabacker
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on June 24, 2025)

## **ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

Dated: **June 24, 2025**          **/s/ Gary S. Austin**
                           UNITED STATES MAGISTRATE JUDGE