**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Matthew Michael Rogers,<br><br>        Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security[1],<br><br>        Defendant. | Case No. 1:24-cv-0118 JLT GSA<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, GRANTING DEFENDANT'S REQUEST TO AFFIRM, AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF DEFENDANT AGAINST PLAINTIFF<br><br>(Docs. 14, 16, 17) |

      Matthew Michael Rogers seeks judicial review of a final decision denying his applications for benefits under the Social Security Act. (*See* Docs. 1, 14.) Plaintiff contends substantial evidence does not support the residual functional capacity and new medical evidence presented to the Appeals Counsil would change the outcome of the decision. Plaintiff requests the Court remand the matter for further proceedings. (Doc. 14.) The Commissioner asserts the Court should affirm the administrative decision. (Doc. 16.)

      The magistrate judge observed that reviewing findings in the medical record was within the province of the ALJ, who is "responsible for translating and incorporating clinical findings into a succinct RFC." (Doc. 17 at 6, [citation, emphasis omitted].) The magistrate judge also found the ALJ properly evaluated the evidence related to Plaintiff's physical conditions, and that

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Frank Bisignano as the defendant in this action.

Plaintiff "neither acknowledges nor disputes the ALJ's findings" that "there is no indication from any of his physical examinations of limitations or signs of loss of function secondary to neuropathy." (*Id.* at 10.) The magistrate judge determined "the ALJ's characterization of Plaintiff's mental health impairments as moderate in severity is well supported." (*Id.* at 11; *see also id.* at 10-11.) Finally, the magistrate judge found the ALJ adequately addressed Plaintiff's reported stressors with the RFC "limitation to simple and routine tasks in a mostly static work environment with only occasional social interaction." (*Id.* at 11-12.) The magistrate judge concluded substantial evidence supported the ALJ's decision. (*Id.* at 15.)

Turning to the Appeals Council's decision to not consider and exhibit the new medical opinion evidence that Plaintiff submitted (*see* Doc. 11-2 at 6), the magistrate judge found Plaintiff failed to show the evidence was "new and material." (Doc. 17 at 12-15.) The magistrate judge reviewed the submitted evidence and found "there is no reasonable possibility or probability that either opinion would have changed the outcome of the decision." (*Id.* at 15.) The magistrate judge recommended the Court deny Plaintiff's motion for summary judgment and request for remand, grant Defendant's cross-motion, affirm the decision of the Commissioner, and enter judgment in favor of the Commissioner. (Doc. 17 at 15.)

Plaintiff filed timely objections, arguing the Findings and Recommendations should be rejected, and this case should be remanded for further proceedings. (Doc. 20.) Defendant filed a response to the objections, asserting the Court should adopt the Findings and Recommendations. (Doc. 21.)

According to 28 U.S.C. § 636(b)(1), this Court conducted a *de novo* review of the case. Having carefully reviewed the entire matter—including Plaintiff's objections and Defendant's response—the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations (Doc. 17) are **ADOPTED**.
2. Plaintiff's motion for summary judgment (Doc. 14) is **DENIED**.
3. Defendant's request to affirm the administrative decision (Doc. 16) is **GRANTED**.

///

    4.    The Clerk of Court is directed to enter judgment in favor of Defendant Frank Bisignano, Commissioner of Social Security, against Plaintiff Matthew Michael Rogers; terminate pending motions; and to close this case.

IT IS SO ORDERED.

Dated: __September 25, 2025__

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

3